# IN THE UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **PLANK ROAD VENTURE, LLC,** | * |  |
| **LARRY G. WILLIS, SR. and** | * |  |
| **LAURIE R. WILLIS** | * |  |
|  | * |  |
| *Plaintiffs* | * | **CIVIL ACTION NO.** |
|  | * |  |
|  | * | **SECTION:** |
| **VERSUS** | * |  |
|  | * | **MAGISTRATE:** |
| **FIRST NBC BANK** | * |  |
|  | * |  |
| *Defendant* | * |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Plank Road Venture, L.L.C., Larry G. Willis, Sr., and Laurie R. Willis, who respectfully represent to this Honorable Court as follows:

## PARTIES

1.

Plaintiffs herein are:

A. **Plank Road Venture, L.L.C.** (hereinafter, "Plank Road"), a limited liability company organized under the laws of the State of Louisiana and domiciled at 6501 Colbert Street, New Orleans, Louisiana 70124;

B. **Larry G. Willis, Sr.** (hereinafter, "Mr. Willis") a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana; and

C. **Laurie R. Willis**, (hereinafter, "Mrs. Willis") the wife of Mr. Willis and a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana.

2.

Made Defendant herein is:

A. **First NBC Bank** (hereinafter, "Bank," or, "the Bank"), a Louisiana chartered bank organized and existing under the laws of the State of Louisiana, with its registered office in the Parish of Orleans, State of Louisiana.

## JURISDICTION AND VENUE

3.

This action arises out of the Bank's violation of Plank Road's 14th Amendment Constitutional right to Due Process. Because the matter in controversy arises under the laws of the United States Constitution, this Honorable Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

4.

This Court has subject matter jurisdiction over Plaintiffs' supplemental state law claims pursuant to 28 U.S.C. §1367 because all state law claims raised herein are so related that they form part of the same case or controversy of the matter over which this Court has original jurisdiction.

5.

This Court has personal jurisdiction over the Defendant in this action because the Bank is a state chartered bank organized and existing under the laws of Louisiana.

6.

Venue is proper in the Middle District of Louisiana pursuant to 28 U.S.C.§1391, as a substantial part of the events or omissions giving rise to the claim occurred in East Baton Rouge

Parish, Louisiana, and the property at issue in this action is located in East Baton Rouge Parish, which is located within the Middle District of Louisiana.

## STATEMENT OF FACTS

7.

On August 13, 2009, Plank Road filed its Articles of Organization with the Louisiana Secretary of State. The initial filings listed two members, Mr. Willis and Larry G. Willis, Jr. (hereinafter, "Willis, Jr.").

8.

The initial filing listed Mr. Willis and Willis, Jr. as Plank Road's only registered agents for service of process and provided 6501 Colbert Street, New Orleans, Louisiana 70124, as the entity's address of domicile. This address is the residence of Mr. Willis and Mrs. Willis.

9.

On September 16th, 2009, Plank Road purchased property from Kebbett, LLC located at 12200 Plank Road, Baton Rouge, Louisiana 70811 (*See*, "Settlement Statement," attached hereto as Exhibit A). In order to fund this purchase, Plank Road received a loan from The Bank in the principal sum of $2,200,000.00 and in return executed a Multiple Indebtedness Mortgage (hereinafter, "the Mortgage") in favor of The Bank over said property.

10.

Mr. and Mrs. Willis also executed a multiple indebtedness mortgage covering numerous properties owned by them throughout the New Orleans region and executed an assignment of leases and rents in favor of The Bank.

11.

In addition to these mortgages, Mr. Willis also signed onto the note as personal guarantor and executed a commercial guarantee as further security for Plank Road's indebtedness to the Bank.

12.

On July 15, 2013, The Bank filed a petition in the 19th Judicial District Court for the Parish of East Baton Rouge for foreclosure on the mortgage held on the Plank Road property via executory process. (*See*, "Petition for Foreclosure," attached hereto as Exhibit B). The Petition alleged, inter alia, that the promissory note had matured and that there remained an unpaid balance of $2,046,734.37.

13.

The petition requested service on Plank Road through Willis, Jr. and provided 6501 Colbert Street, New Orleans Louisiana, 70124, as the address for service to the civil sheriff.

14.

The Petition did not request service on Mr. Willis, nor did it list him as an additional agent for service of process should the sheriff be unable to serve Willis, Jr.

15.

On July 18, 2013, the Judge signed the order prayed for and granted the Bank's request for seizure and sale of the Plank Road property and a writ was issued ordering the seizure and sale of the property on July 19, 2013 (*See*, "Order and Writ," attached hereto collectively as Exhibit C).

16.

On July 22, 2013, East Baton Rouge Sheriff Sid J. Gautreaux seized the Plank Road Property (*See*, Notice of Seizure, attached hereto as Exhibit D).

17.

Orleans Parish Deputy Sheriff Gary Danna thereafter attempted to make service of the original petition for executory process. The Sherriff's return for service indicates that Deputy Sherriff Danna first attempted to make service on Willis, Jr. at the 6501 Colbert Street property on August 8, 2013. (*See*, Sherriff's return attached hereto as Exhibit E). The deputy sheriff's notes from that attempt read as follows: "he doesn't live at the address, this is his mother's address."

18.

Mrs. Willis offered to accept service on his behalf and provided the officer with Willis, Jr.'s home address.

19.

The sheriff's return indicates that he again tried to make service on Plank Road through Willis, Jr. on August 8th, 9th, and 12th, although the return does not indicate where these attempts were made. The only other notation on the return states, "nobody living @ this address @ the present time. The house is being built." *See*, Exhibit E.

20.

Willis, Jr., was living at the address provided by Mrs. Willis at all times pertinent hereto.

21.

Mr. Willis was domiciled at the address listed on the Louisiana Secretary of State website at all times pertinent hereto and the Bank never attempted to make service on Plank Road through Mr. Willis.

22.

On October 2, 2013, counsel for the Bank filed a motion to appoint an attorney for Plank Road. (*See*, "Motion to Appoint an Attorney," attached hereto as Exhibit F).

23.

In the motion and supporting affidavit submitted therewith, counsel for the Bank alleged that the officers of Plank Road had departed the jurisdiction of the court. (*See*, Exhibit F). No evidence was submitted in support for this allegation, which was wholly without basis.

24.

On October 24th, 2013, a notice of service of the Petition for Foreclosure and motion to appoint an attorney was served upon Reid Bateman, the curator appointed to represent Plank Road (*See*, "Notice of Service," attached hereto as Exhibit G).

25.

On January 2nd, 2014, an appraisal sheet was executed for the sheriff's sale. Three appraisers took part in the appraisal and valued the property at $1.7, $1.5, and $1.65 million dollars respectively (*See*, "Appraisal Documents," attached hereto collectively as Exhibit H in globo).

26.

On January 8th, 2014, the Plank Road property was sold at a Sheriff's sale to the Bank for $1.1 million dollars; the minimum allowable bid. The sale of the Plank Road property yielded a deficiency in the amount of $946,734.37.

27.

On February 3, 2014, Mr. Willis received a certified letter from Reid Bateman notifying him of what was referred to as the *pending* proceedings. (*See*, "Letter from Curator," Attached hereto as Exhibit I). The letter was dated November 27, 2013, but postmarked January 27, 2014. Additionally, the letter was addressed to 6501 Colbert Street, *Baton Rouge*, Louisiana, 70124, instead of New Orleans.

28.

This letter, which Mr. Willis received almost a month after the sale of the Plank Road property, was the first notice Plank Road ever received of the seizure and sale of its Property.

## CAUSES OF ACTION AND PRAYER FOR RELIEF

29.

Plank Road is entitled to reasonable damages and attorney's fees pursuant to 28 U.S.C. § 1983 and §1988 as a result of the Bank's violation of Plank Road's 14th Amendment right to procedural due process. In *Lugar v. Edmondson Oil Co*., 457 U.S. 922 (1982), the United States Supreme Court held that private parties invoking a state attachment statute may be held liable under section § 1983 if the private party's actions are "fairly attributable to the state." *Id.* A private party's actions are fairly attributable to the state if the constitutional deprivation is "caused by the exercise of some right or privilege created by the State or by a rule of conduct imposed by the state or by a person for whom the State is responsible" and "the party charged

with the deprivation [is] ... a person who may fairly be said to be a state actor." *Id.* A party may be considered a state actor if he "has acted with or has obtained significant aid from state officials," or if his "conduct is otherwise chargeable to the State." Pursuant to *Doyle v. Schultz*, 97 F.Supp.2d 763 (W.D.La.2000), an attorney and his client (a seizing creditor) may be considered state actors if they employ the state to enforce or execute a state-provided procedure.

30.

The Bank is a state actor for the purpose of this action because it invoked the judicial system by way of executory process to direct the sheriff to seize and sell the Plank Road property without first ensuring that Plank Road was given notice and a reasonable opportunity to be heard. If not for obtaining significant aid from the court system and the sheriff, the Bank would have been unable to seize Plank Road's property.

31.

The Bank employed Louisiana executory proceedings and under the guise of the court system and the sheriff's office, deprived Plank Road of its procedural due process right to notice and a reasonable opportunity to be heard.

32.

The Bank's failure to properly serve the Petition for Foreclosure on Plank Road is inconsequential. Citation and service of process are not necessary in an executory proceeding. La. Code of Civ. Pro. Art. 2640.

33.

Nevertheless, Louisiana Code of Civil Procedure Article 2721 (B) provides that "the sheriff shall serve upon the defendant a written notice of the seizure of the property and that such notice of seizure shall be accomplished by personal service or domiciliary service."

34.

The Bank did not serve notice of the seizure and sale on Plank Road, but rather, served the notice on the court appointed curator.

35.

However, as explained below, the appointment of the curator was invalid and any and all actions taken on behalf of Plank Road by the wrongfully appointed curator, including the acceptance of notice, should be declared absolutely null.

36.

The Bank did not present any evidence to justify the appointment of a curator and did not verify in any way that the officers of Plank Road were absent within the meaning of Louisiana Code of Civil Procedure Article 2674. The appointment of a curator was based solely on the unsupported and erroneous allegations of counsel for the Bank and all such suggestions that the officers of Plank Road had fled the jurisdiction of the court were completely false.. In short, rather than taking steps to ensure that the Plaintiffs' due process rights were met, the Bank, in a rush to seize and sell the Plank Road Property, made materially false representations to the Court in order to obtain the appointment of a curator.

37.

At all times pertinent hereto, all Plank Road officers were present within the State of Louisiana and either officer could have been located with the use of due diligence. The Bank and its attorney did not use due diligence in attempting to locate the officers of Plank Road and did not make reasonable inquiry into the facts verified in the affidavit submitted in support of the Petition to Appoint a Curator.

38.

Once the Sheriff considered himself unable to locate Willis, Jr., the bank should have requested that the sheriff attempt to serve Mr. Willis, Plank Road's other registered agent provided to the secretary of state. If the bank was unable to serve Mr. Willis, they could have served Plank Road via the secretary of state pursuant to La. Code of Civil Procedure Article 1267. The secretary of state would have thereafter been legally obligated to forward the petition to the address of domicile for Plank Road, Mr. Willis's home address. In total disregard for Plaintiffs' due process rights, the Bank elected not to take *any* of these steps, and instead obtained a curator based upon false factual representations to the state court.

39.

In addition to its claim under 42 U.S.C. § 1983, Plank Road is entitled to reasonable damages suffered as a result of the Bank's breach of contract. The agreement entered into between Plank Road and the Bank required the Bank to comply with all applicable laws in foreclosing on the subject property in the event that Plank Road should default. The agreement also included a waiver of the right to notice of seizure by the sheriff. Such a waiver, however, is contrary to the law and against public policy and therefore the Bank breached its contract with Plank Road by failing to comply with the law requiring service of notice of seizure. *See*, La. Code of Civ. Pro. Art. 2721, comment (b).

## **INJUNCTIVE RELIEF**

40.

The Bank did not comply with the requirements of Louisiana's Deficiency Judgment Act because it failed to serve Plank Road with notice of seizure and sale. A mortgagee who seizes and sells mortgaged property without allowing the debtor the benefit of appraisal shall not have a

right thereafter to proceed against the debtor for any deficiency. *See*, La. R.S. 13:4106 (A). Rather, the debt shall stand fully satisfied and discharged insofar as it constitutes a personal obligation of the debtor. See, *Id.* While there was an appraisal of the Plank Road property, a defect in the statutory appraisal process renders the appraisal invalid, and the case is treated as though there was no appraisal at all. See, *Samco Mortgage Corp. v. Armstrong*, 579 So. 2d 521, 523 (La. Ct. App. 1991). A creditor who fails to assure that the notice of seizure and the notice of appraisers are served on the debtor may not thereafter obtain a deficiency judgment against the debtor. See, *Federal Sav. & Loan Ins. Corp. v. Tri-Parish Ventures, Ltd.*, 881 F.2d 181 (5th Cir. 1989). Therefore, the Bank should be permanently enjoined from pursuing a Deficiency Judgment against Plank Road.

41.

Mr. Willis is also entitled to immediate and permanent injunctive relief enjoining the Bank from pursuing him individually as a guarantor to the principal note at issue. Louisiana Civil Code Article 3046 provides that a surety may assert against the creditor any defense to the principal obligation that the principal obligor could assert except lack of capacity or discharge in bankruptcy of the principal obligor. The public policy so explicitly enunciated in La. R.S. 13:4107, the Deficiency Judgment Act, would be defeated if the creditor could circumvent the Act by merely suing the surety who would then sue the debtor for subrogation pursuant to the surety contract. *Guar. Bank of Mamou v. Cmty. Rice Mill, Inc.*, 490 So. 2d 736, 738 (La. Ct. App. 1986). This issue was addressed in *Simmons v. Clark*, 64 So. 2d 520, 523 (La. Ct. App. 1953), wherein the First Circuit Court of Appeals held that a petitioner who foreclosed on a mortgage and sold the property without appraisement lost his right to a deficiency judgment and,

consequently, under the laws of suretyship, the defense of the principal obligor worked in favor of the sureties.

42.

Similarly, this Honorable Court should render a permanent injunction in favor of Mr. and Mrs. Willis barring the Bank from foreclosing on the Multiple Indebtedness Mortgage issued as additional security for the note at issue. The Deficiency Judgment Act clearly states that a mortgagee or other creditor who fails to comply with the requirements set for in the act shall not have a right thereafter to proceed against the debtor *or any of his other property* for such deficiency. La. Rev. Stat. Ann. § 13:4106 (A).

**<u>DECLARATORY RELIEF</u>**

43.

For the reasons discussed above, Plaintiffs request that this Honorable Court enter a judgment declaring the appointment of the curator to represent Plank Road invalid and all action subsequent thereto taken by the curator on behalf of Plank Road absolutely null.

44.

For the reasons discussed above, Plaintiffs request that this Honorable Court enter a judgment declaring the Bank to have failed to comply with the requirements of the Deficiency Judgment Act and therefore declaring the Bank to have forfeited its right to seek a deficiency judgment.

## WRONGFUL SEIZURE UNDER LOUISIANA LAW

### 45.

Plank Road is entitled to reasonable compensatory damages suffered as a result of the Bank's wrongful seizure and sale of the Plank Road Property pursuant to La. Civ. Code Art. 2315.

## REQUEST FOR TRIAL BY JURY

### 46.

Plaintiffs demand trial by jury.

### 47.

**WHEREFORE**, Plaintiffs Plank Road Venture, L.L.C., Larry G. Willis, and Laurie R. Willis pray that, after due proceedings be had, there be judgment herein in their favor and against Defendant, First NBC Bank, as follows:

A. Awarding Plank Road Venture, L.L.C. economic damages equal to the amount of equity held by Plank Road Venture, LLC in the Plank Road property on the date of the wrongful seizure plus judicial interest from the date of the filing of this Complaint until paid;

B. Declaring the appointment of the curator to represent the interest of Plank Road Venture, L.L.C. invalid and all subsequent acts taken by the curator absolutely null;

C. Declaring the First NBC to have failed to comply with the requirements of the Deficiency Judgment Act and therefore declaring First NBC to have forfeited its right to seek a deficiency judgment;

D. Permanently enjoining First NBC Bank from pursuing Plank Road Venture, L.L.C. for a deficiency judgment;

E.  Permanently enjoining First NBC Bank from pursuing Larry Willis, Sr. personally as a commercial guarantor to the mortgage;

F.  Permanently enjoining First NBC Bank from foreclosing on the mortgage issued by Mr. and Mrs. Willis;

G.  Awarding Plaintiff reasonable damages for the Defendants' breach of contract;

H.  Awarding Plaintiff its reasonable attorney's fees and costs pursuant to 28 U.S.C. § 1983; and,

I.  All other general and equitable relief warranted by the circumstances.

**RESPECTFULLY SUBMITTED:**

**KINNEY, ELLINGHAUSEN,   RICHARD & DESHAZO**

**HENRY W. KINNEY (#7410)**
**MICHAEL L. DESHAZO (#29833)**
**AARON N. MAPLES (#35224)**
**1250 Poydras Street, Suite 2450**
**New Orleans, Louisiana 70113**
**Telephone:    504.524.0206**
**Facsimile:    504.525.6216**
*Attorneys for Plaintiffs*

A. **Settlement Statement**

**Type of Loan**

... and Urban Development    OMB No. 2502-0265

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | |
| 4. ☒ VA | 5. ☐ Conv. Ins. | | |

6. File Number    7. Loan Number    8. Mortgage Insurance Case Number

PLKRDVEN/13988

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: | Plank Road Venture, LLC |
| | 9502 Summer Pointe |
| | Baton Rouge, LA 70811 |

| E. NAME AND ADDRESS OF SELLER: | Kebett, LLC |
| | 10821 Rosebud Court |
| | Baton Rouge, LA 70815 |

| F. NAME AND ADDRESS OF LENDER: | First NBC Bank                     TIN: |
| | 210 Baronne Street |
| | New Orleans, LA 70112 |

| G. PROPERTY LOCATION: | Brookwood Village Shopping Center |
| | 12200 Plank Road, Baton Rouge LA 70811 |

| H. SETTLEMENT AGENT: | MIMOSA TITLE AGENCY, LLC |
| | 8126 One Calais Avenue, Suite 2C  Baton Rouge, LA 70809    Phone: (225) 766-5805 |
| PLACE OF SETTLEMENT: | 8126 One Calais Avenue, Suite 2C |
| | Baton Rouge, LA  70809                     TIN: 203694844 |

I. SETTLEMENT DATE: 09/16/09                     Proration Date: 09/16/09

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 2,200,000.00 | 401. Contract sales price | 2,200,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: | | 403. | |
| (from line 1400) | 79,243.00 | | |
| 104. | | 404. | |
| 105. | | 405. | |
| **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | | **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** ▶ | 2,279,243.00 | **420. GROSS AMOUNT DUE TO SELLER:** ▶ | 2,200,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess deposit  (see instructions) | |
| 202. Principal amount of new loan(s) | 2,200,000.00 | 502. Settlement charges to seller  (line 1400) | 75,500.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Owner Financing | 200,000.00 | 506. Owner Financing | 200,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | | **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes   01/01/09   to  09/16/09 | 20,371.78 | 511. County taxes   01/01/09   to 09/16/09 | 20,371.78 |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. Monthly Rentals   09/16/09   to  09/30/09 | 9,373.96 | 513. Monthly Rentals   09/16/09   to  09/30/09 | 9,373.96 |
| 214. Security Deposit | 1,166.67 | 514. Security Deposits | 1,166.67 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER:** ▶ | 2,430,912.41 | **520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER:** ▶ | 306,412.41 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from borrower  (line 120) | 2,279,243.00 | 601. Gross amount due to seller  (line 420) | 2,200,000.00 |
| 302. Less amount paid by/for borrower  (line 220) | (2,430,912.41) | 602. Less total reductions in amount due seller  (line 520) | ( 306,412.41) |
| 303. CASH [ ] FROM [X] TO BORROWER: ▶ | 151,669.41 | 603. CASH [X] TO [ ] FROM SELLER: ▶ | 1,893,587.59 |

Previous Edition is Obsolete                     Amended 10/87     HUD-1 (3-86) - RESPA, HB 4305.2

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H, and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTIONS: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

If you do not provide the Settlement Agent (listed in box H) with your correct taxpayer identification number. If you do not provide the Settlement Agent (listed in box H) with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law, and Under penalties of perjury I certify that the number shown on this statement is my correct taxpayer identification number.



Seller's Signature

PAGE 1

## SETTLEMENT CHARGES

| 700. | TOTAL SALES/BROKER'S COMMISSION BASED ON PRICE | $ | 2,200,000.00 | @ | %= | 78,000.00 | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|---|---|
| | to | | | | | | | |
| **DIVISION OF COMMISSION (LINE 700) AS FOLLOWS:** | | | | | | | | |
| 701. | $  39,000.00 | to Latter & Blum | | | | | | |
| 702. | $  39,000.00 | to Prudential Gardner Realtors | | | | | | |
| 703. | Commission paid at settlement | | | | | | | |
| 704. | Other agent charges to Reduction to Latter & Blum | | | | | | | 78,000.00 |
| | | | | | | | | -2,500.00 |
| **800.** | **ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | | | | | | |
| 801. | Loan origination fee  1.000 % First NBC Bank | | | | | | | |
| 802. | Loan discount  % | | | | | | 22,000.00 | |
| 803. | Appraisal fee to First NBC Bank | | | | | | | |
| 804. | Credit report | | | | | | 10,125.00 | |
| 805. | Flood Certification Fee to First NBC Bank | | | | | | | |
| 806. | Loan Documentation Fee to First NBC Bank | | | | | | 70.00 | |
| 807. | | | | | | | 250.00 | |
| 808. | | | | | | | | |
| 809. | | | | | | | | |
| 810. | | | | | | | | |
| 811. | | | | | | | | |
| **900.** | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | | | | | | |
| 901. | Interest from  09/16/09  to  09/30/09  @ $  /day | | | | | | | |
| 902. | Mortgage insurance premium for  mos. to | | | | | | | |
| 903. | Hazard insurance premium for  yrs. to | | | | | | | |
| 904. | Flood Insurance Premium for  yrs. to | | | | | | | |
| 905. | | | | | | | | |
| **1000.** | **RESERVES DEPOSITED WITH LENDER:** | | | | | | | |
| 1001. | Hazard Insurance  months @ $  per month | | | | | | | |
| 1002. | Mortgage insurance  months @ $  per month | | | | | | | |
| 1003. | City property taxes  months @ $  per month | | | | | | | |
| 1004. | County property taxes  months @ $  per month | | | | | | | |
| 1005. | Annual assessments  months @ $  per month | | | | | | | |
| 1006. | Flood insurance  months @ $  per month | | | | | | | |
| 1007. | months @ $  per month | | | | | | | |
| 1008. | | | | | | | | |
| **1100.** | **TITLE CHARGES:** | | | | | | | |
| 1101. | Settlement or closing fee to | | | | | | | |
| 1102. | Abstract or title search to  Mimosa Title Agency, LLC | | | | | | 750.00 | |
| 1103. | Title examination to  Mimosa Title Agency, LLC | | | | | | 750.00 | |
| 1104. | Title insurance binder to | | | | | | | |
| 1105. | Document preparation to  Mimosa Title Agency, LLC | | | | | | 1,500.00 | |
| 1106. | Notary fees to | | | | | | | |
| 1107. | Attorneys' fees to  Seago & Carmichael | | | | | | 3,500.00 | |
| | (includes above items Numbers: ) | | | | | | | |
| 1108. | Title insurance to  Mimosa Title Agency, Agt for First American Title Ins Co. | | | | | | 9,230.30 | |
| | (includes above items Numbers: ) | | | | | | | |
| 1109. | Lender's coverage  $  2,450,000.00  Title Insurance: $  1,234.60 | | | | | | | |
| 1110. | Owner's coverage  $  2,315,000.00  Title Insurance: $  7,995.70 | | | | | | | |
| 1111. | ICL Fee to First American Title Insurance Company | | | | | | 50.00 | |
| 1112. | Recording Fees to Mimosa Title Agency, LLC | | | | | | 1,650.00 | |
| 1113. | UPS/Post Closing Fee to Mimosa Title Agency, LLC | | | | | | 90.00 | |
| **1200.** | **GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | | | | | | |
| 1201. | Recording fees: Deed $  ; Mortgage $  ; Releases $ | | | | | | | |
| 1202. | City/county tax / stamps:  Deed $  ; Mortgage $ | | | | | | | |
| 1203. | State tax / stamps:  Deed $  ; Mortgage $ | | | | | | | |
| 1204. | | | | | | | | |
| 1205. | | | | | | | | |
| **1300.** | **ADDITIONAL SETTLEMENT CHARGES:** | | | | | | | |
| 1301. | Survey | | | | | | | |
| 1302. | Pest inspection | | | | | | | |
| 1303. | Mailing Reimbursement to Lundy Enterprises | | | | | | 27.15 | |
| 1304. | Documentary Tax to City of New Orleans | | | | | | 325.00 | |
| 1305. | Orleans Tax Escrow to Mimosa Title Agency, LLC | | | | | | 28,925.55 | |
| 1306. | | | | | | | | |
| 1307. | | | | | | | | |
| **1400.** | **TOTAL SETTLEMENT CHARGES**  (Enter on line 103, Section J-and-line 502, Section K)  ▶ | | | | | | 79,243.00 | 75,500.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

| Borrower: | Plank Road Venture, LLC | Date: 09/16/09 | Seller: | Kebett, LLC | Date: 09/16/09 |
|---|---|---|---|---|---|
| Borrower: | Larry G. Willis, Sr., Member | Date: 09/16/09 | Seller: | Kevin Clay Bettis, Member | Date: 09/16/09 |
| Borrower: | Larry G. Willis, Jr., Member | Date: 09/16/09 | Seller: | Donald Joe Calloway, Member | Date: 09/16/09 |

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

| | | Date: 09/16/09 | Settlement Agent: | Mimosa Title Agency, LLC | Date: 09/16/09 |
|---|---|---|---|---|---|

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

East Baton Rouge Parish Clerk of Court C2223060 P/ TJEX / GUY QOL / PROCESS

19ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**SEC. 22**

NO: _____

FIRST NBC BANK

VERSUS

PLANK ROAD VENTURE, L.L.C.

COST OK $ _____
# _____
JUL 1 5 2013
_____
DEPUTY CLERK OF COURT

FILED: _____

_____
DEPUTY CLERK

## PETITION FOR FORECLOSURE
## VIA EXECUTORY PROCESS WITH APPRAISEMENT

NOW INTO COURT, through undersigned counsel, comes FIRST NBC BANK, a state chartered bank organized and existing under the laws of the State of Louisiana with its registered office in the Parish of Orleans, and respectfully represents as follows:

I.

MADE DEFENDANT HEREIN is PLANK ROAD VENTURE, L.L.C., a limited liability company organized and existing under the laws of the State of Louisiana domiciled in the Parish of Orleans, State of Louisiana.

II.

On September 16, 2009, defendant did execute a certain Promissory Note in favor of First NBC Bank in the principal amount of $2,200,000.00 which note was payable on demand, or, if no demand was made, in 59 regular payments of $17,868.31 each, beginning October 16, 2009, and all subsequent payments due on the same day of each month thereafter, and one irregular last payment estimated at $1,932,656.33 due on September 16, 2014. The note was modified one or more times, most recently on September 14, 2010. The original note and Loan Restructure / Modification of Terms agreements are attached hereto *in globo*, made a part hereof, and marked for identification herewith as Petitioner's Exhibit "A."

III.

The said Promissory Note provides that should defendant fail to make any payment under any of the indebtedness in favor of Petitioner when due, that the said note would be in default



REC'D C.P.   REC'D C.P.
JUL 18 2013   JUL 17 2013

**EXHIBIT B**

East Baton Rouge Parish Clerk of Court C623050 PET/EXECUTORY PROCESS

and Petitioner shall then have the right, at its sole option, to declare formally said Promissory Note to be in default and to accelerate its maturity and insist upon immediate payment in full of the unpaid principal balance then outstanding under said Promissory Note, plus accrued interest, together with reasonable attorney's fees of 25.000% of the principal balance due on the loan, costs, expenses, and other fees and charges as provided therein.

IV.

Petitioner has declared formally the note described in paragraph II, above, to be in default and avers that the said Promissory Note has matured, has not been paid, is exigible, and that there remains unpaid a balance in the sum of $2,046,734.37 together with accrued interest in the amount of $67,650.25 as of June 27, 2013, and continuing interest thereon at the default rate of twenty-one (21%) per annum, until paid, along with $1,250.00 in late charges, and that twenty-five (25%) percent attorneys' fees are due, owing, and unpaid.

V.

On June 29, 2012, defendant executed a Promissory Note, evidencing a revolving line of credit "master note," in favor of FIRST NBC BANK, in the principal amount of $100,000.00. The note was modified and extended once on September 24, 2012. The original note and Change in Terms Agreement are attached hereto as Plaintiff's Exhibit "B" and made a part hereof.

VI.

Under the terms of the note, defendant agreed to pay the loan on demand, or if no demand is made, in monthly payments of interest using an initial interest rate of 7.500% and all principal due at maturity. Defendant's first payment was due on July 29, 2012 with all subsequent payments due on the same day of each following month. Defendant's final payment—due on June 28, 2013—required payment of all outstanding principal plus all accrued unpaid interest. The note further provides that should the same be referred to an attorney for collection, that the defendant would be liable for attorney's fees in the amount of an additional twenty-five (25%) percent of the principal balance due and payable under the note. The note still further provides that should defendant default under any agreement in favor of creditor that said default shall constitute an event of default under the note.

### VII.

Petitioner has declared formally the note described in paragraph V, above, to be in default and avers that the said Promissory Note has matured, has not been paid, is exigible, and that there remains unpaid a balance in the sum of $200,000.00 together with accrued interest in the amount of $3,958.33 as of June 27, 2013, and continuing interest thereon at the default rate of eighteen (18%) per annum, until paid, and that twenty-five (25%) percent attorneys' fees are due, owing, and unpaid.

### VIII.

On September 16, 2009, defendant, PLANK ROAD VENTURE, L.L.C., granted a Multiple Indebtedness Mortgage in favor of First NBC Bank and any future holders securing the payment of the subject Promissory Notes, on the following described property:

**PARCEL 1:**

A certain tract of ground, together with any buildings and improvements thereon, situated in the Parish of East Baton Rouge, Louisiana, containing 7.971 acres and being a portion of Lots 1, 2 and 3, Eldridge Farms, said tract being more particularly described as follows:

Commence at the Intersection of the easterly right of way line of Plank Road and the south right of way line of Comite Drive, thence N 87° 46' 30" E, 150 feet to the Point of Beginning; thence N 87° 46' 30" E, 418.14 feet; thence S 2° 13' 30" E, 575 feet; thence S 87° 46' 30" W, 409.89 feet; thence N 1° 47' 00" W, 12.21 feet; thence S 88° 13' 00" W, 337.40 feet; thence N 15° 30' 00" E, 413.12 feet; thence S 78° 43' 06" E, 144.92 feet; thence N 15° 03' 00" E, 210.00 feet to the Point of Beginning.

The aforesaid described property is also described  as **Tract B-2-2D** on a map entitled "Platt Showing Resubdivision of Tract B-2-2C & Lot 3, Eldridge Farms, for The Mitchell Company" prepared by R. L. Breaux, registered land surveyor, dated September 12, 1979, recorded as Original 715, Bundle 9345, official records of East Baton Rouge Parish, Louisiana.

**PARCEL 2:**

A certain tract of ground, together with any buildings and improvements thereon, situated in the Parish of East Baton Rouge, Louisiana, containing 2.768 acres, and being a portion of Lots 1, 2 and 3, Eldridge Farms, said tract being more particularly described as follows:

Commence at the intersection of the easterly right of way line of Plank Road, and the south right of way line of Comite Drive, thence S 15° 30' 00" W, 780.82 feet to the Point of Beginning; thence N 88° 13' 00" E, 394.61 feet; thence N 1° 47' 00" W, 171.79 feet; thence N 17° 46' 30" E, 409.89 feet; thence S 2° 13' 30" E, 320.21 feet; thence S 88° 24' 32" W,

243.12 feet; thence N 2° 13' 30" W, 119.43 feet; thence S 88° 13' 00" W, 570.74 feet; thence N 15° 30' 00" E, 26.18 feet to the Point of Beginning.

The aforesaid described property is also shown as **Tract B-2-2E** on a map entitled "Plat Showing Resubdivision of Tract B-2-2C & Lot 3, Eldridge Farms, for the Mitchell Company" prepared by R.L. Breaux, registered land surveyor, dated September 12, 1979, recorded as Original 715, Bundle 9346, official records of East Baton Rouge Parish, Louisiana.

**LESS AND EXCEPT:**

Parcel 4-1, being a certain parcel or tract of land taken from a larger tract, said larger tract being Tract B-2-2D, Eldridge Farms, Parish of East Baton Rouge, State of Louisiana, said Parcel 4-1, being more particularly shown on a map prepared by Garner K. Morales, Professional Land Surveyor dated March 29, 2006 and recorded as Original 625 of Bundle 11828, in the official records of the Clerk of Court.

**MUNICIPAL ADDRESS:** 12200 Plank Road, Baton Rouge, Louisiana 70811.

Together with any and all present and future buildings, constructions, component parts, improvements, attachments, appurtenances, fixtures, rights, ways, privileges, advantages, batture, and batture rights, servitudes and easements of every type and description, now and/or in the future relating to the Property, and any and all items and fixtures attached to and/or forming integral or component parts of the Property in accordance with the Louisiana Civil Code.

The property or its address is commonly known as 12200 PLANK ROAD, BATON ROUGE, LA 70811.

Said Multiple Indebtedness Mortgage was passed before John E. Seago, Notary Public, and two (2) witnesses, all of which more fully appears from a certified copy of said Multiple Indebtedness Mortgage, which is attached hereto, and made part hereof, as if copied *in extenso* and marked for identification as Petitioner's Exhibit "C."

IX.

Further, in said Multiple Indebtedness Mortgage, defendant **confessed Judgment** upon said note and mortgage and consented that if same were not paid in accordance with the terms and conditions thereof, that said property might be seized and sold by executory process for cash with or without benefit of appraisement, and without the necessity of legal demand for payment, or putting in default. The said Act of Mortgage further provides that defendant does not have the right to sell the said property to the prejudice of the said act. The said act further provides that defendant will pay the reasonable fees of the attorney employed to collect the said note and mortgage. Defendant has likewise waived all homestead exemptions.

## X.

Petitioner alleges that the above described mortgage secures the repayment to Petitioner of all advances made by it for the payment of taxes, insurance premiums, and repairs or maintenance on the above described property as well as late charges on the monthly installments which may be paid or accrued during the pendency of this suit.

## XI.

Petitioner avers amicable demand to no avail.

WHEREFORE, the premises and annexed documents and affidavit considered, Petitioner, FIRST NBC BANK prays that an order of EXECUTORY PROCESS issue herein; that, immediately, a Writ of Seizure and Sale issue herein, directing the Sheriff of the Parish of East Baton Rouge to seize and, after due advertisements, delays, requisites, and formalities, save those expressly waived in the above described Multiple Indebtedness Mortgage, to sell the said property above described according to law, for cash and with the benefit of appraisement, and to pay and satisfy the claim of your Petitioner, on the note described in paragraph II, in the principal sum of $2,046,734.37, together with accrued interest in the amount of $67,650.25 (as of June 27, 2013), and continuing interest thereon at the default rate of twenty-one (21%) per annum, until paid, along with $1,250.00 in late charges, and, on the note described in paragraph V, in the sum of $200,000.00, together with accrued interest in the amount of $3,958.33 (as of June 27, 2013), and continuing interest thereon at the default rate of eighteen (18%) percent per annum, until paid; together with twenty five (25%) percent attorneys' fees on the principal balance due on the loan; plus any sums paid by Petitioner during the pendency of this suit as authorized by the notes or mortgage, including but not limited to taxes, insurance premiums, and maintenance or appraisals of the above described property; along with all other charges permitted by the notes or mortgage including pre-payment penalties and late charges and all costs of Court; and that, out of the proceeds of said sale, Petitioner be paid the amount of the said claim by preference and priority over all other persons and creditors whomsoever; and for all necessary orders and decrees; and for general and equitable relief.

Respectfully Submitted By Its Attorneys
FIRST NBC BANK
210 Baronne Street
New Orleans, LA 70112
(504) 671-3897; Fax (504) 252-4203

By: _____
GREGORY J. ST. ANGELO (LSBA #24886)
JOSÉ CARLOS MÉNDEZ (LSBA #32591)

**PLEASE SERVE NOTICES OF SEIZURE AND APPRAISER:**

PLANK ROAD VENTURE, L.L.C.
Through Its Registered Agent for Service of Process
Larry Willis, Jr.
6501 Colbert St.
New Orleans, LA 70124

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO:                                          DIVISION: "    "

FIRST NBC BANK

VERSUS

PLANK ROAD VENTURE, L.L.C.

FILED:_____

                                    _____
                                    DEPUTY CLERK

**VERIFICATION**

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, Notary, personally came and appeared Gregory J. St. Angelo, who, being by me first duly sworn, deposed and said that he is the attorney for Petitioner herein and that the allegations of fact contained herein are true and correct to the best of his knowledge, information and belief.

_____
GREGORY J. ST. ANGELO

SWORN TO AND SUBSCRIBED BEFORE ME,

THIS _12_ DAY OF _July_, 2013.

_____
NOTARY PUBLIC

JOSÉ CARLOS MÉNDEZ
LSBA #32591 / Notary Public #899
Parish of Jefferson, State of Louisiana
My Commission is for Life

East Baton Rouge Parish Clerk of Court C623050 PETITION'S ORDER

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO:                                                                    DIVISION: "      "

FIRST NBC BANK

VERSUS

PLANK ROAD VENTURE, L.L.C.

FILED:_____              _____
                                                                      DEPUTY CLERK

## O R D E R

Considering plaintiff's petition and the exhibits and finding that plaintiff is entitled hereto,

IT IS ORDERED that a writ of seizure and sale issue commanding the Sheriff for the Parish of East Baton Rouge to seize and sell the property described in Paragraph VIII of the petition affected by the mortgage and/or privilege as prayed for and according to law.

East Baton Rouge, Louisiana, this __16__ day of ___July___, 2013.

_____
J U D G E

**EXHIBIT**
**C**

East Baton Rouge Parish Clerk of Court C623050   WRIT SEIZURE & SALE

# WRIT OF SEIZURE AND SALE

| | |
|---|---|
| **FIRST NBC BANK** <br><br> (PLAINTIFF) <br><br> VS. <br><br> **PLANK ROAD VENTURE, L.L.C.** <br><br> (DEFENDANT) | NO. **623,050**   SEC. **22** <br> 19TH JUDICIAL DISTRICT COURT <br> PARISH OF EAST BATON ROUGE <br> STATE OF LOUISIANA |

To the Sheriff of __**EAST BATON ROUGE**__, State of Louisiana,

GREETING:

You are hereby commanded in the name of the State of Louisiana, and of the 19th Judicial District Court for the Parish of East Baton Rouge, that by Seizure and Sale, in the manner prescribed by law, of the following described mortgaged property belonging to

## PLANK ROAD VENTURE, L.L.C. ____, defendant, to-wit:

### PARCEL 1:

A certain tract of ground, together with any buildings and improvements thereon, situated in the Parish of East Baton Rouge, Louisiana, containing 7.971 acres and being a portion of Lots 1, 2 and 3, Eldridge Farms, said tract being more particularly described as follows:

Commence at the Intersection of the easterly right of way line of Plank Road and the south right of way line of Comite Drive, thence N 87° 46' 30" E, 150 feet to the Point of Beginning; thence N 87° 46' 30" E, 418.14 feet; thence S 2° 13' 30" E, 575 feet; thence S 87° 46' 30" W, 409.89 feet; thence N 1° 47' 00" W, 12.21 feet; thence S 88° 13' 00" W, 337.40 feet; thence N 15° 30' 00" E, 413.12 feet; thence S 78° 43' 06" E, 144.92 feet; thence N 15° 03' 00" E, 210.00 feet to the Point of Beginning.

The aforesaid described property is also described as **Tract B-2-2D** on a map entitled "Platt Showing Resubdivision of Tract B-2-2C & Lot 3, Eldridge Farms, for The Mitchell Company" prepared by R. L. Breaux, registered land surveyor, dated September 12, 1979, recorded as Original 715, Bundle 9345, official records of East Baton Rouge Parish, Louisiana.

### PARCEL 2:

A certain tract of ground, together with any buildings and improvements thereon, situated in the Parish of East Baton Rouge, Louisiana, containing 2.768 acres, and being a portion of Lots 1, 2 and 3, Eldridge Farms, said tract being more particularly described as follows:

Commence at the intersection of the easterly right of way line of Plank Road, and the south right of way line of Comite Drive, thence S 15° 30' 00" W, 780.82 feet to the Point of Beginning; thence N 88° 13' 00" E, 394.61 feet; thence N 1° 47' 00" W, 171.79 feet; thence N 17° 46' 30" E, 409.89 feet; thence S 2° 13' 30" E, 320.21 feet; thence S 88° 24' 32" W,

EBR1731225

# WRIT OF SEIZURE & SALE

**FIRST NBC BANK**

**SUIT NUMBER 623,050   SEC. 22**

**VERSUS**

**PLANK ROAD VENTURE, L.L.C.**

**PAGE 2 OF 2**

243.12 feet; thence N 2° 13' 30" W, 119.45 feet; thence S 88° 13' 00" W, 570.74 feet; thence N 15° 30' 00" E, 26.18 feet to the Point of Beginning

The aforesaid described property is also shown as Tract B-2-2E on a map entitled "Plat Showing Resubdivision of Tract B-2-2C & Lot 3, Eldridge Farms, for the Mitchell Company" prepared by R.L. Breaux, registered land surveyor, dated September 12, 1979, recorded as Original 715, Bundle 9346, official records of East Baton Rouge Parish, Louisiana.

LESS AND EXCEPT:

Parcel 4-1, being a certain parcel or tract of land taken from a larger tract, said larger tract being Tract B-2-2D, Eldridge Farms, Parish of East Baton Rouge, State of Louisiana, said Parcel 4-1, being more particularly shown on a map prepared by Garner K. Morales, Professional Land Surveyor dated March 29, 2006 and recorded as Original 625 of Bundle 11828, in the official records of the Clerk of Court.

MUNICIPAL ADDRESS: 12200 Plank Road, Baton Rouge, Louisiana 70811.

Together with any and all present and future buildings, constructions, component parts, improvements, attachments, appurtenances, fixtures, rights, ways, privileges, advantages, batture and botture rights, servitudes and easements of every type and description, now and/or in the future relating to the Property; and any and all items and fixtures attached to and/or forming integral or component parts of the Property in accordance with the Louisiana Civil Code.

The property or its address is commonly known as 12200 PLANK ROAD, BATON ROUGE, LA 70811.

You cause to be made to pay and satisfy by preference the claim of plaintiff for the sum of :
**($2,046,734.37)**

*TWO MILLION FOURTY SIX THOUSAND SEVEN HUNDRED THIRTY FOUR AND 37/100 DOLLARS,* together with accrued interest in the amount of $67,650.25 (as of June 27, 2013), and continuing interest thereon at the default rate of twenty-one (21%) per annum, until paid, along with $1,250.00 in late charges, and, on the note described in paragraph V, in the sum of $200,000.00, together with accrued interest in the amount of $3,958.33 (as of June 27, 2013), and continuing interest thereon at the default rate of eighteen (18%) percent per annum, until paid; together with twenty five (25%) percent attorneys' fees on the principal balance due on the loan; plus any sums paid by Petitioner during the pendency of this suit as authorized by the notes or mortgage, including but not limited to taxes, insurance premiums, and maintenance or appraisals of the above described property; along with all other charges permitted by the notes or mortgage including pre-payment penalties and late charges and all costs.

All in accordance with the petition and annexed documents in the above entitled and numbered cause. And how you shall have executed this writ of seizure and sale, make return to our said court in the manner prescribed by law.

TERMS OF SALE According to law, for cash **WITH** appraisement, Witness the Honorable Judges of our said Court, this **19th** day of **JULY** 20 **13**, at Baton Rouge, Louisiana

Dianna J. Mahan/Deputy Clerk of Court for
Doug Welborn, Clerk of Court

**JOSE' CARLOS MENDEZ * (504) 671-3897**

East Baton Rouge Parish Clerk of Court C-2230 RECORDING FEE/NTC/19LJ/FE4  Page 1 of 1



**POSTED**

JUN 25 2013





$100.00

# NOTICE OF SEIZURE

### SHERIFF'S OFFICE

ORIG: 941  BNDL: 12515
7/24/2013 7:53:28 AM

FILED AND RECORDED
EAST BATON ROUGE PARISH, LA
DOUG WELBORN
CLERK OF COURT AND RECORDER

| | |
|---|---|
| Suit No: (17) 623050 | Baton Rouge, LA |
| Ser No / Dep Cde: 3/999 | |
| | 19th Judicial District |
| FIRST NBC BANK | Parish of East Baton Rouge |
| VS | State of Louisiana |
| PLANK ROAD VENTURE, L.L.C. | |

TO: PLANK ROAD VENTURE, L.L.C. THRU LARRY WILLIS, JR.
  6501 COLBERT ST.
  NEW ORLEANS, LA 70124

Notice is hereby given that on July 22, 2013, I seized the following described immovable property, to wit:

PARCEL I:
A certain tract of ground, together with any buildings and improvements thereon, situated in the Parish of East Baton Rouge, Louisiana, containing 7.971 acres and being a portion of Lots 1, 2 and 3, Eldridge Farms, said tract being more particularly described as follows:
Commence at the intersection of the easterly right of way line of Plank Road and the south right of way line of Comite Drive, thence N 87° 46' 30" E, 150 feet to the Point of Beginning; thence N 87° 46' 30" E, 418.14 feet; thence S 2° 13' 30" E, 575 feet; thence S 87° 46' 30" W, 409.89 feet; thence N 1° 47' 00" W, 12.21 feet; thence S 88° 13' 00" W, 337.40 feet; thence N 15° 30' 00" E, 413.12 feet; thence S 78° 43' 06" E, 144.92 feet; thence N 15° 03' 00" E, 210.00 feet to the Point of Beginning.
The aforesaid described property is also described as Tract B-2-2D on a map entitled "Platt Showing Resubdivision of Tract B-2-2C & Lot 3, Eldridge Farms, for The Mitchell Company" prepared by R. L. Breaux, registered land surveyor, dated September 12, 1979, recorded as Original 715, Bundle 9345, official records of East Baton Rouge Parish, Louisiana.
PARCEL 2:
A certain tract of ground, together with any buildings and improvements thereon, situated in the Parish of East Baton Rouge, Louisiana, containing 2.768 acres, and being a portion of Lots 1, 2 and 3, Eldridge Farms, said tract being more particularly described as follows:
Commence at the intersection of the easterly right of way line of Plank Road, and the south right of way line of Comite Drive, thence S 15° 30' 00" W, 780.82 feet to the Point of Beginning; thence N 88° 13' 00" E, 394.61 feet; thence N 1° 47' 00" W, 171.79 feet; thence N 17° 46' 30" E, 409.89 feet; thence S 2° 13' 30" E, 320.21 feet; thence S 88° 24' 32" W.
243.12 feet; thence N 2° 13' 30" W, 119.43 feet; thence S 88° 13' 00" W, 570.74 feet; thence N 15° 30' 00" E, 26.18 feet to the Point of Beginning.
The aforesaid described property is also shown as Tract B-2-2E on a map entitled "Plat Showing Resubdivision of Tract B-2-2C & Lot 3, Eldridge Farms, for the Mitchell Company" prepared by R.L. Breaux, registered land surveyor, dated September 12, 1979, recorded as Original 715, Bundle 9346, official records of East Baton Rouge Parish, Louisiana.
LESS AND EXCEPT:
Parcel 4-1, being a certain parcel or tract of land taken from a larger tract, said larger tract being Tract B-2-2D, Eldridge Farms, Parish of East Baton Rouge, State of Louisiana, said Parcel 4-1, being more particularly shown on a map prepared by Garner K. Morales, Professional Land Surveyor dated March 29, 2006 and recorded as Original 625 of Bundle 11828, in the official records of the Clerk of Court.
MUNICIPAL ADDRESS: 12200 Plank Road, Baton Rouge, Louisiana 70811.
Together with any and all present and future buildings, constructions, component parts, improvements, attachments, appurtenances, fixtures, rights, ways, privileges, advantages, batture and batture rights, servitudes and easements of every type and description, now and/or in the future relating to the Property, and any and all items and fixtures attached to and/or forming integral or component parts of the Property in accordance with the Louisiana Civil Code.

**RECORDED COPY**

EBR1881718

EXHIBIT D

East Baton Rouge Parish Clerk of Court C623050 RECORDING FEE/NTC OF SEIZURE

as the property of the mortgagor(s) sued upon under a writ of seizure and sale, issued herein to satisfy a claim of $2,046,734.37 interest and cost.  This matter is scheduled for sheriff's sale on **September 18, 2013**, at 10:00 a.m., or on a day thereafter as rescheduled by the sheriff.

Sid J. Gautreaux, Sheriff
East Baton Rouge Parish

By:

Deputy Sheriff

**RECORDED COPY**

8/8/13 ___ @ 6501 Colba
This is his Mother's addre
RTC. Adressa 14

8/8/13  2:03 pm
N/A
Adressa148

8/9/13  7:58 am
Adress 148

8/12/13
Nobody living @ this address
@ the present time. The house
is being build.

RTC.
Adressa 148.

EXHIBIT
E

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**POSTED**

NO: 623050                                                    DIVISION: " "

OCT 02 2013

FIRST NBC BANK                          COST OK $ 540. or

cu # 1259

VERSUS

OCT 02 2013

PLANK ROAD VENTURE, L.L.C.              DEPUTY CLERK OF COURT

FILED: _____

                                        DEPUTY CLERK

## MOTION AND ORDER TO APPOINT ATTORNEY TO REPRESENT DEFENDANT

**ON MOTION OF** plaintiff, through its undersigned counsel, which upon information and belief suggests to the Court that the defendant herein, PLANK ROAD VENTURE, L.L.C., is a Louisiana limited liability company on which process cannot be served because its officers and registered agents for service of process have departed from the jurisdiction of this Court, and that said defendant possesses immovable property situated in the jurisdiction of this Court; and that the Sheriff for the Parish of East Baton Rouge has been unable to locate said defendant's officers and registered agents for service of process after due and diligent search; that mover, through its agents, has conducted a diligent search for the defendant's officers and registered agents for service of process but has been unable to locate same, all as will more fully appear by reference to mover's affidavit filed herein; that as a result it is necessary that an attorney at law be appointed to represent the defendant herein pursuant to Louisiana Code of Civil Procedure Article 5091(A)(2)(b) and be served with a notice of seizure and to appoint an appraiser herein.

**IT IS ORDERED** that _Reid Bateman_, Attorney at Law, be and is hereby appointed to represent the defendant herein and be served with a notice of seizure and to appoint an appraiser.

**EAST BATON ROUGE, LOUISIANA**, this _9_ day of _Oct_, 2013.

_____
JUDGE

4609 Bluebonnet Blvd
Suite A
Baton Rouge, LA 70809

REC'D C.P.
OCT 21 2013

REC'D C.P.
OCT 02 2013

**EXHIBIT**
**F**

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO: 623050 DIVISION: " "

FIRST NBC BANK

VERSUS

PLANK ROAD VENTURE, L.L.C.

FILED:_____  _____
DEPUTY CLERK

**AFFIDAVIT IN SUPPORT OF MOTION AND
ORDER TO APPOINT ATTORNEY TO
REPRESENT DEFENDANT**

BEFORE ME, the undersigned authority, duly qualified and commissioned in and for the Parish

of Jefferson, personally came and appeared

**GREGORY J. ST. ANGELO**

who, being first duly sworn by me, Notary, declared that:

(1) He is the attorney for FIRST NBC BANK, plaintiff in the above entitled and numbered cause;

(2) He is familiar and well acquainted with the account of PLANK ROAD VENTURE, L.L.C.,

defendant in the above captioned cause;

(3) Mover has conducted a diligent search for the defendant's officers and registered agents for

service of process but has been unable to locate same;

(4) The action pending against defendant is *in rem* and the defendant is a Louisiana limited liability

company on which process cannot be served;

(5) This affidavit is submitted in support of Plaintiff's Motion and Order to Appoint Attorney to

Represent Defendant, pursuant to Louisiana Code of Civil Procedure Article 5091(A)(2)(b).

FIRST NBC BANK

BY:_____
Gregory J. St. Angelo

SWORN TO AND SUBSCRIBED BEFORE ME,

THIS 5th DAY OF September 2013.

_____
NOTARY PUBLIC

**JOSÉ CARLOS MÉNDEZ**
LSBA #32591 / Notary Public #899
Parish of Jefferson, State of Louisian
My Commission is for Life

**PLEASE SERVE** NOTICE OF
APPOINTMENT, NOTICE OF SEIZURE
AND TO APPOINT APPRAISER ON
CURATOR-AD-HOC NAMED HEREIN.

Respectfully Submitted By Its Attorneys:
FIRST NBC BANK
210 Baronne Street
New Orleans, Louisiana 70112
Phone: (504) 671-3897    Fax (504) 252-4203

BY:

GREGORY J. ST. ANGELO (LSBA #24886)
JOSÉ CARLOS MÉNDEZ (LSBA #32591)

FILED
EAST BATON ROUGE PARISH, LA.

2013 OCT -2 PM 1:45

DEPUTY CLERK OF COURT

6004 - 1300635

# NOTICE OF SERVICE

**FIRST NBC BANK**
(Plaintiff)

**vs.**

**PLANK ROAD VENTURE LLC**
(Defendant)

**NUMBER  C623050 SECTION 22**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   PLANK ROAD VENTURE LLC
      THROUGH APPOINTED ATTORNEY
      REID BATEMAN
      4609 BLUEBONNET BLVD., SUITE A
      BATON ROUGE, LA 70809

GREETINGS:

You are hereby served with MOTION TO APPOINT ATTORNEY AND PETITION FOR

FORECLOSURE.  Certified copy(s) is(are) attached hereto  as requested by JOSE CARLOS MENDEZ,

Attorney.

This Notice was issued by the Clerk of Court for East Baton Rouge Parish on 24-OCT-2013

_Tracy Bradley_
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

---

**SERVICE INFORMATION:**

Received on the ___ day of _Oct_ , 20__ and on the ___ day of _Oct_ , 20__ , served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ___ day of _Oct_ , 20__

SERVICE:       $ _____
MILEAGE        $ _____
TOTAL:         $ _____

_____
Deputy Sheriff

**FILED**

**NOV 04 2013**

DEPUTY CLERK OF COURT

**NOTICE OF SERVICE –6004**

EBR2073539

EBR2083128

**EXHIBIT**
**G**

**DISPOSITION OF SERVICE**

Case No:          (17) 623050

Ser No / Dep Cde:   6/36

Date Entered:       07/22/2013

Released for Service Date:   07/22/2013

Thibodaux, LA

FIRST NBC BANK
VS
PLANK ROAD VENTURE, L.L.C.

STATE OF LOUISIANA
SHERIFF
Parish of East Baton Rouge
P.O. Box 3277
Baton Rouge, LA 70802

In The 19th Judicial District Court For
the Parish Of East Baton Rouge

| | |
|---|---|
| Document Type: | Notice to Appoint an Appraiser |
| Name on Service: | FIRST NBC BANK THRU JOSE' C. MENDEZ |
| Place of Service: | 210 BARONNE ST. NEW ORLEANS, LA 70112 |
| Method of Service: | Personal |
| Served by: | Orleans, Sheriff of |
| Date Served: | 8/1/2013 |



EXHIBIT
H in globo

## N O T I C E TO APPOINT APPRAISER
### SHERIFF'S OFFICE

Suit No:          (17) 623050                    Baton Rouge, LA

              FIRST NBC BANK
                   VS                       19th Judicial District
          PLANK ROAD VENTURE, L.L.C.        Parish of East Baton Rouge

                                            State of Louisiana

TO:    PLANK ROAD VENTURE, L.L.C. THRU LARRY WILLIS, JR.
       6501 COLBERT ST.
       NEW ORLEANS, LA  70124

You are hereby directed to appoint an appraiser in this matter, and to notify this office of said
appointment at least 14 days, exclusive of weekends and holidays, appraisal has to be in Sheriff's
Office Room 229 in writing the Thursday, prior to the day of the sale.  In the event you do not wish
to appoint an appraiser, one will be appointed for you, according to law.  This matter is scheduled
for sheriff's sale on **September 18, 2013,** at 10:00 a.m., OR ON A DAY THEREAFTER AS
RESCHEDULED BY THE SHERIFF.

              OFFICE ADDRESS                        OFFICE HOURS
            222 ST. LOUIS STREET
                 ROOM 227                       8:00 A.M. - 4:30 P.M.
            Baton Rouge, La. 70821
           Phone no. (225) 389-4818                 Monday - Friday

**SHERIFF'S RETURN**
**EAST BATON ROUGE PARISH**                 Sid J. Gautreaux, Sheriff
                                            East Baton Rouge Parish
  DATE:_____
  SERVED:_____
  PERSONAL:(  )_____
  DOMICILIARY:(  )_____    By:_____
  UNABLE TO LOCATE:(  )_____                    Deputy Sheriff
  MOVED(  )_____
  NO SUCH ADDRESS(  )_____
  OTHER REASON_____                               ENTERED

  DEPUTY:_____
                          **RETURN COPY**        SERIAL NO.

# NOTICE OF SEIZURE
## SHERIFF'S OFFICE

| | | |
|---|---|---|
| Suit No: | (17) 623050 | Baton Rouge, LA |
| Ser No / Dep Cde: | 3/999 | 19th Judicial District |
| | | Parish of East Baton Rouge |
| FIRST NBC BANK | | State of Louisiana |
| VS | | |
| PLANK ROAD VENTURE, L.L.C. | | |

TO:PLANK ROAD VENTURE, L.L.C. THRU LARRY WILLIS, JR.
    6501 COLBERT ST.
    NEW ORLEANS, LA 70124   *6895. CATINA St.*

Notice is hereby given that on July 22, 2013, I seized the following described immovable property, to wit:

PARCEL I:

A certain tract of ground, together with any buildings and improvements thereon, situated in the Parish of East Baton Rouge, Louisiana, containing 7.971 acres and being a portion of Lots 1, 2 and 3, Eldridge Farms, said tract being more particularly described as follows:

Commence at the intersection of the easterly right of way line of Plank Road and the south right of way line of Comite Drive, thence N 87° 46' 30" E, 150 feet to the Point of Beginning; thence N 87° 46' 30" E, 418.14 feet; thence S 2° 13' 30" E, 575 feet; thence S 87° 46' 30" W, 409.89 feet; thence N 1° 47' 00" W, 12.21 feet; thence S 88° 13' 00" W, 337.40 feet; thence N 15° 30' 00" E, 413.12 feet; thence S 78° 43' 06" E, 144.92 feet: thence N 15° 03' 00" E, 210.00 feet to the Point of Beginning.

The aforesaid described property is also described as Tract B-2-2D on a map entitled "Platt Showing Resubdivision of Tract B-2-2C & Lot 3, Eldridge Farms, for The Mitchell Company" prepared by R. L. Breaux, registered land surveyor, dated September 12, 1979, recorded as Original 715, Bundle 9345, official records of East Baton Rouge Parish, Louisiana.

PARCEL 2:

A certain tract of ground, together with any buildings and improvements thereon, situated in the Parish of East Baton Rouge, Louisiana, containing 2.768 acres, and being a portion of Lots 1, 2 and 3, Eldridge Farms, said tract being more particularly described as follows:

Commence at the intersection of the easterly right of way line of Plank Road, and the south right of way line of Comite Drive, thence S 15° 30' 00" W. 780.82 feet to the Point of Beginning; thence N 88° 13' 00" E, 394.61 feet; thence N 1° 47' 00" W, 171.79 feet; thence N 17° 46' 30" E, 409.89 feet; thence S 2° 13' 30" E, 320.21 feet; thence S 88° 24' 32" W,

243.12 feet; thence N 2° 13' 30" W, 119.43 feet; thence S 88° 13' 00" W, 570.74 feet; thence N 15° 30' 00" E, 26.18 feet to the Point of Beginning.

The aforesaid described property is also shown as Tract B-2-2E on a map entitled "Plat Showing Resubdivision of Tract B-2-2C & Lot 3, Eldridge Farms, for the Mitchell Company" prepared by R.L. Breaux, registered land surveyor, dated September 12, 1979, recorded as Original 715, Bundle 9346, official records of East Baton Rouge Parish, Louisiana.

LESS AND EXCEPT:

Parcel 4-1, being a certain parcel or tract of land taken from a larger tract, said larger tract being Tract B-2-2D, Eldridge Farms, Parish of East Baton Rouge, State of Louisiana, said Parcel 4-1, being more particularly shown on a map prepared by Garner K. Morales, Professional Land Surveyor dated March 29, 2006 and recorded as Original 625 of Bundle 11828, in the official records of the Clerk of Court.

MUNICIPAL ADDRESS: 12200 Plank Road, Baton Rouge, Louisiana 70811.

Together with any and all present and future buildings, constructions, component parts, improvements, attachments, appurtenances, fixtures, rights, ways, privileges, advantages, batture, and batture rights, servitudes and easements of every type and description, now and/or in the future relating to the Property, and any and all items and fixtures attached to and/or forming integral or component parts of the Property in accordance with the Louisiana Civil Code.

| PAPER | ENTERED | RETURN |
|---|---|---|
| 01 | 9301 01 | |
| SERIAL NO. | DEPUTY | PARISH |

RETURN COPY

**as the property** of the mortgagor(s) sued upon under a writ of seizure and sale, issued herein to satisfy a claim of $2,046,734.37] interest and cost.  This matter is scheduled for sheriff's sale on **September 18, 2013**, at 10:00 a.m., or on a day thereafter as rescheduled by the sheriff.

**SHERIFF'S RETURN**
**EAST BATON ROUGE PARISH**

DATE: _____
SERVED: _____
PERSONAL:(   ) _____
DOMICILIARY:(   ) _____
UNABLE TO LOCATE:(   ) _____
MOVED(   ) _____
NO SUCH ADDRESS(   ) _____
OTHER REASON: _____
_____

DEPUTY: _____

Sid J. Gautreaux, Sheriff
East Baton Rouge Parish

By: _____
                    Deputy Sheriff

**RETURN COPY**



# APPRAISEMENT SHEET

Suit No:       (17) 623050

FIRST NBC BANK
VS
PLANK ROAD VENTURE, L.L.C.

Baton Rouge, LA

19th Judicial District

Parish of East Baton Rouge

State of Louisiana

We, the undersigned, having been appointed to appraise the property advertised for sale by the sheriff in the above entitled and numbered cause, do solemnly swear that in making said appraisement we have acted fairly and impartially and have made a true value of what said property is worth in cash, to the best of our knowledge, information and belief.

1. Plaintiff (sheriff) Appraiser

Sworn to and subscribed before me this

2 day of January, 2013 4

Deputy Sheriff

2. Defendant (sheriff) Appraiser

Sworn to and subscribed before me this

2 day of January, 2013 4

Deputy Sheriff

3. Third (sheriff) Appraiser

Sworn to and subscribed before me this

2 day of January, 2013 4

Deputy Sheriff

## APPRAISEMENT

**PARCEL I:**

A certain tract of ground, together with any buildings and improvements thereon, situated in the Parish of East Baton Rouge, Louisiana, containing 7.971 acres and being a portion of Lots 1, 2 and 3, Eldridge Farms, said tract being more particularly described as follows:

Commence at the intersection of the easterly right of way line of Plank Road and the south right of way line of Comite Drive, thence N 87° 46' 30" E, 150 feet to the Point of Beginning; thence N 87° 46' 30" E, 418.14 feet; thence S 2° 13' 30" E, 575 feet; thence S 87° 46' 30" W, 409.89 feet; thence N 1° 47' 00" W, 12.21 feet; thence S 88° 13' 00" W, 337.40 feet; thence N 15° 30' 00" E, 413.12 feet; thence S 78° 43' 06" E, 144.92 feet; thence N 15° 03' 00" E, 210.00 feet to the Point of Beginning.

The aforesaid described property is also described as Tract B-2-2D on a map entitled "Platt Showing Resubdivision of Tract B-2-2C & Lot 3, Eldridge Farms, for The Mitchell Company" prepared by R. L. Breaux, registered land surveyor, dated September 12, 1979, recorded as Original 715, Bundle 9345, official records of East Baton Rouge Parish, Louisiana.

**PARCEL 2:**

A certain tract of ground, together with any buildings and improvements thereon, situated in the Parish of East Baton Rouge, Louisiana, containing 2.768 acres, and being a portion of Lots 1, 2 and 3, Eldridge Farms, said tract being more particularly described as follows:

Commence at the intersection of the easterly right of way line of Plank Road, and the south right of way line of Comite Drive, thence S 15° 30' 00" W. 780.82 feet to the Point of Beginning; thence N 88° 13' 00" E, 394.61 feet; thence N 1° 47' 00" W, 171.79 feet; thence N 17° 46' 30" E, 409.89 feet; thence S 2° 13' 30" E, 320.21 feet; thence S 88° 24' 32" W.

243.12 feet; thence N 2° 13' 30" W, 119.43 feet; thence S 88° 13' 00" W, 570.74 feet; thence N 15° 30' 00" E, 26.18 feet to the Point of Beginning.

The aforesaid described property is also shown as Tract B-2-2E on a map entitled "Plat Showing Resubdivision of Tract B-2-2C & Lot 3, Eldridge Farms, for the Mitchell Company" prepared by R.L. Breaux, registered land surveyor, dated September 12, 1979, recorded as Original 715, Bundle 9346, official records of East Baton Rouge Parish, Louisiana.

**LESS AND EXCEPT:**

Parcel 4-1, being a certain parcel or tract of land taken from a larger tract, said larger tract being Tract B-2-2D, Eldridge Farms, Parish of East Baton Rouge, State of Louisiana, said Parcel 4-1, being more particularly shown on a map prepared by Garner K. Morales, Professional Land Surveyor dated March 29, 2006 and recorded as Original 625 of Bundle 11828, in the official records of the Clerk of Court.

**MUNICIPAL ADDRESS:** 12200 Plank Road, Baton Rouge, Louisiana 70811.

Together with any and all present and future buildings, constructions, component parts, improvements, attachments, appurtenances, fixtures, rights, ways, privileges, advantages, batture, and batture rights, servitudes and easements of every type and description, now and/or in the future relating to the Property, and any and all items and fixtures attached to and/or forming integral or component parts of the Property in accordance with the Louisiana Civil Code.

1. Plaintiff (sheriff) Appraiser

$ 1,700,000
Appraisement

2. Defendant (sheriff) Appraiser

$1,500,000 —
Appraisement

3. Third (sheriff) Appraiser

1,650,000
Appraisement

1,100,000.00
2/3 of Appriasement

Attorney:  JOSE' C. MENDEZ
210 BARONNE STREET

NEW ORLEANS, LA 70112
504-6713897000

9N.  7/2/14



Reid Bateman
Attorney at Law
1667 Ormandy Drive
Baton Rouge, LA 70808

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL™

7013 0600 0000 1360 9161

Plank Road Venture LLC
Mr. Larry Willis, Jr., Agent
6501 Colbert St.
Baton Rouge, LA 70124

U.S. POSTAGE
PAID
BATON ROUGE, LA
JAN 22 '14
AMOUNT
$6.49
70810
00057-15

70124

1000

UNITED STATES
POSTAL SERVICE

RECEIVED 2/3/2014

7012432204 0037



EXHIBIT

I

Reid B. Bateman
Attorney at Law
1667 Ormandy Drive
Baton Rouge, LA 70808
225-936-3830 phone

11/27/2013

**CERTIFIED MAIL Article No.: 7013 0600 0000 1360 9181**
**RETURN RECEIPT REQUESTED**

Plank Road Venture LLC
Mr. Larry Willis, Jr., Agent
6501 Colbert St.
Baton Rouge, LA 70124

RE:    First NBC Bank vs. Plank Road Venture LLC
       Suit No 623050, Section 22
       19th Judicial District Court, Parish of East Baton Rouge
       State of Louisiana

Dear Mr. Willis:

Please be advised that you have been named defendant in the above described action, which has been filed in the Nineteenth Judicial District Court of the Parish of East Baton Rouge, State of Louisiana. Because the plaintiff in this matter has unsuccessfully attempted to serve you with a copy of the enclosed petition (lawsuit), you are considered by law as an "absentee defendant."

Louisiana law, specifically La. C.C. Art. 5091, provides that when an absentee defendant has not been served with process, upon motion of the plaintiff, the court shall appoint an attorney at law to represent the defendant.

I have been appointed by the court to represent you in this matter. As such, my obligation is (1) receive service of process; and (2) use "reasonable diligence" in my attempt to notify you of the pendency of this proceeding.

Upon receipt of this notice, please contact this office as soon as possible to further discuss this matter.

Very truly yours,

Reid B. Bateman